Scott Alan Burroughs (SBN 235718)
scott@donigerlawfirm.com
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GER PETERS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ZOETOP BUSINESS CO., LTD., a limited company, individually and doing business as "SHEIN"; SHEIN DISTRIBUTION CORP., a Delaware corporation; ROADGET BUSINESS PTE., LTD, a Singapore entity; SHEIN US SERVICES, LLC, a Delaware Corporation; SHEIN TECHNOLOGY, LLC, a Delaware Corporation; and DOES 1 through 10,<br><br>Defendants. | Case No.: 2:24-cv-09236-MWC-E<br>*Hon. Michelle Williams Court*<br><br>**RESPONSE TO ORDER TO SHOW CAUSE AND NOTICE OF SETTLEMENT** |

- 1 -

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff, Ger Peters, hereby responds to the Order to Show Cause docketed at No. 13 and provides notice that a full settlement has been reached.

Plaintiff and Defendants have reached a settlement in principle to resolve all claims at issue in this case and Plaintiff anticipates being in a position to dismiss all claims at issue in the action within the next 30 days.

In light of the foregoing, Plaintiff respectfully requests that the Order to Show cause be discharged and that all dates and deadlines be vacated so that Plaintiff can file a dismissal of the action in line with the above.

Respectfully submitted,

Date: February 3, 2025          By:    */s/ Scott Alan Burroughs*
                                       Scott Alan Burroughs, Esq.
                                       DONIGER / BURROUGHS
                                       *Attorney for Plaintiff*

- 2 -

**RESPONSE**