Scott Alan Burroughs (SBN 235718)
scott@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GER PETERS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ZOETOP BUSINESS CO., LTD., a limited company, individually and doing business as "SHEIN"; SHEIN DISTRIBUTION CORP., a Delaware corporation; ROADGET BUSINESS PTE., LTD, a Singapore entity; SHEIN US SERVICES, LLC, a Delaware Corporation; SHEIN TECHNOLOGY, LLC, a Delaware Corporation; and DOES 1 through 10,<br><br>Defendants. | Case No. 2:24-cv-09236-MWC-E<br><br>**NOTICE OF DISMISSAL** |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff hereby dismisses this action, *with prejudice*, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Per the aforementioned Rule, a court order is not required.

Date: February 19, 2025          By: _____
                                     Scott Alan Burroughs, Esq.
                                     DONIGER / BURROUGHS
                                     *Attorney for Plaintiff*